UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CYNTHIA BUCKLEN,

Plaintiff,

v.

CASE NO. 8:25-cv-02558-SDM-CPT

COMMISIONER OF SOCIAL SECURITY,

Defendant,

___________________________________/

**ORDER**

The plaintiff sues (Doc. 1) under 42 U.S.C. § 405(g) for review of a decision of the Commissioner of Social Security and argues (Doc. 11) for reversal. The commissioner responds (Doc. 15) in opposition. In a well-reasoned report (Doc. 19), the magistrate judge recommends reversing the commissioner's decision and remanding for further administrative proceedings. No objection appears. The report and recommendation (Doc. 19) is **ADOPTED**, the commissioner's decision is **REVERSED**, and the action is **REMANDED** to the commissioner for further proceedings consistent with this order. The clerk must enter judgment for the plaintiff and against the commissioner and close the case.

**ORDERED** in Tampa, Florida, on July 29, 2026.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE